PER CURIAM.
Petitioner challenges the denial of his verified motion to disqualify the trial judge. We conclude that the motion was legally sufficient[1] and, accordingly, grant the writ of prohibition. See Barnett v. Barnett, 727 So.2d 311, 312 (Fla. 2d DCA 1999) (“While it is well-settled that a judge may form mental impressions and opinions *523 during the course of hearing evidence, he or she may not prejudge the case.”).
WRIT GRANTED.
SAWAYA, EVANDER and COHEN, JJ., concur.

. In determining the legal sufficiency of the motion, we must presume the facts alleged to be true. Fla. R. Jud. Admin. 2.330(f).